# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-41257
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 6, 2016

Lyle W. Cayce
Clerk

SHEILA RENEE BELL,

      Plaintiff - Appellant

v.

COUNTY OF GALVESTON; DWIGHT D. SULLIVAN; SECRETARY OF STATE (TEXAS); OFFICE OF THE ATTORNEY GENERAL; JUDGE SUSAN BAKER, et al.,

      Defendants - Appellees

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:15-CV-209

---

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

    Sheila Renee Bell has filed an appeal on September 14, 2015. Her brief and record excerpts have been read. It appears that Ms. Bell lost custody of children in a Texas court in 2001. She has complained about that in eight federal lawsuits she has filed, and at this point no justifiable legal claim is

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41257

stated or briefed.  She has received prior judgments ruling that her claims are frivolous, and at least two district judges have threatened sanctions.  The courts have decided and Ms. Bell has to accept that decision.

AFFIRMED.